

# Department of Financial Services

**ANDREW M. CUOMO**
Governor

**LINDA A. LACEWELL**
Superintendent

STATE OF NEW YORK

United States District Court, EASTERN DISTRICT OF NEW YORK

CV-05498-JS-ST

EXCELSIOR INSURANCE COMPANY            Plaintiff(s)

against

Defendant(s)

Starr Indemnity & Liability Company

RE: Starr Indemnity & Liability Company formerly known as Republic Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Complaint in the above entitled action on November 23, 2020 at Albany, New York. The $40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

  JAFFE & ASHER LLP
  445 HAMILTON AVENUE - SUITE 405
  WHITE PLAINS, New York 11901

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

  Mara Velasco
  Starr Indemnity & Liability Company
  c/o C.T Corporation System 28 Liberty Street
  New York, New York 10005

**Ellen R Buxbaum**
**Special Deputy Superintendent**

Dated Albany, New York, December 01, 2020
645637